Before STATE INDUSTRIAL BOARD, Respondent. ADOLPH H. RUDOLPH, Respondent, v. THEODORE F. WIELAND, INC., and Another, Appellants.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the

---

* Amdg. Civil Service Law, § 22.— [REP.

event, on the ground that the award for decreased earning capacity has been based solely on the actual earnings of the claimant rather than upon the claimant's capacity to earn. All concur, except H. T. Kellogg and Van Kirk, JJ., dissenting.